IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

VERA S. CHARLOT                                                                             PLAINTIFF

v.                                                                          CAUSE NO. 1:14CV119-LG-JCG

THE UNITED STATES OF AMERICA                                              DEFENDANT

## JUDGMENT

In accordance with the Court's Memorandum Opinion and Order entered herewith,

**IT IS ORDERED AND ADJUDGED** that judgment is rendered in favor of the Defendant. Plaintiff's claims against the Defendant are **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the 6th day of November, 2015.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE